PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: James Lyons                                              Cr.: 01-000401-004

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, U.S. District Court Judge

Date of Original Sentence: 09/24/03

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute Cocaine.

Original Sentence: Imprisonment 46 months followed by a five-year-term of Supervised Release. Drug testing and treatment.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 10/21/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to refrain from the use of controlled substances. On April 17, 2007, the offender tested positive for morphine. |

U.S. Probation Officer Action:

The offender admitted to a heroin relapse. The offender was referred for a medical detox and placed in an outpatient drug treatment program at Integrity, Newark, NJ.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 05/29/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5/31/07
Date