PROB 35                                                    Report and Order Terminating Probation/
(Rev. 4/81)                                  Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

      V.                                                             Crim. No.  01-000401-004

James Lyons

On October 21, 2004, the above-named was placed on supervised release for a period of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release effective August 25, 2009.

                                                        Respectfully submitted,

                                                        *Kellyanne Kelly*
                                                        Senior U.S. Probation Officer
                                                        Kellyanne Kelly

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 21st Day of October, 19 09.

                                                        United States District Judge